## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DOUGLAS WILLARD MIGHT  
BARBARA ELIZABETH MIGHT  
405 HIGHBANKS VALLEY CT  
NEWARK, OH  430559248  

BARBARA ELIZABETH MIGHT  
405 HIGHBANKS VALLEY CT  
NEWARK, OH  430559248  

SSN(S):    XXX-XX-4543  
           XXX-XX-0248  

Case No:    04-58167  

Judge:    CHARLES M. CALDWELL  

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| AFNI/VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | 23.66 |